No. 01–9861. DE LA FUENTE v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 01–9862. HUNTER v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–9863. EASTERWOOD v. CHOCTAW COUNTY DISTRICT ATTORNEY ET AL. Ct. Civ. App. Okla. Certiorari denied.

No. 01–9866. TURNER v. PARKER. C. A. 8th Cir. Certiorari denied.

No. 01–9869. REEVES v. ST. MARY'S COUNTY, MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 01–9876. ELLIS v. NEWLAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–9886. PFEIFFER-EL v. JACKSON, SUPERINTENDENT, BROWN CREEK CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 01–9893. OWENS v. STINE. C. A. 6th Cir. Certiorari denied.

No. 01–9896. WRENCHER v. RIVER FALLS SCHOOL DISTRICT ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–9897. WRIGHT v. KNOX COUNTY BOARD OF EDUCATION. C. A. 6th Cir. Certiorari denied.

No. 01–9898. TAYLOR v. CAMPBELL, COMMISSIONER, TENNESSEE DEPARTMENT OF CORRECTION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–9901. KNOX v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 01–9903. HADIX v. WILSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CRESSON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–9911. MCCRAW v. LOCKYER, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.